

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00494-CR

Brian Everett **DAY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-0279-CR-A
Honorable William D. Old III, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 20, 2024.

_____
Luz Elena D. Chapa, Justice